FILED

10/14/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0136

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0136

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

NEEGE R. NELSON,

      Defendant and Appellant.

**ORDER**

Upon consideration of Appellee's motion for an 8-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including October 31, 2022, within which to prepare, serve, and file its response brief.

CL

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 14 2022